**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 10–51420
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Joey Lynn Hunt
    fdba All American Overhead Door LLC
134 Gayle Dr.
Troutman, NC 28166
Social Security No.: xxx–xx–7950

Christian Broome Hunt
    aka Christian Ann Broome, aka Christy Broome Hunt, dba Hunt's Tax Service, fdba Rick Jays Sports Bar & Grille, fdba All American Overhead Door
134 Gayle Dr.
Troutman, NC 28166
Social Security No.: xxx–xx–8885

# ORDER DISMISSING CASE

THIS CAUSE coming on to be heard and being heard by the undersigned United States Bankruptcy Judge, and it appearing to the Court that the above–referenced debtors failed to file certain schedules, statements, or other documents as required by the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules of this Court.

**NOTICE IS FURTHER GIVEN AND IT IS, THEREFORE, ORDERED** that the case shall be and is hereby **DISMISSED**.

Dated: October 27, 2010

BY THE COURT

J. Craig Whitley
United States Bankruptcy Judge

Electronically filed and signed (10/27/10)